| | |
|---|---|
| Charles M. Lizza<br>William C. Baton<br>Sarah A. Sullivan<br>Alexander L. Callo<br>SAUL EWING LLP<br>One Riverfront Plaza, Suite 1520<br>Newark, NJ 07102<br>(973) 286-6700<br>clizza@saul.com<br>wbaton@saul.com<br>sarah.sullivan@saul.com<br><br>*Attorneys for Plaintiff*<br>*Heron Therapeutics, Inc.* | OF COUNSEL:<br><br>Isaac Ashkenazi<br>Mark Russell Sperling<br>Justin T. Fleischacker<br>Kedar Venkataramani<br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, NY 10166<br>isaacashkenazi@paulhastings.com<br>marksperling@paulhastings.com<br><br>*Attorneys for Plaintiff*<br>*Heron Therapeutics, Inc* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HERON THERAPEUTICS, INC.,<br><br>                       Plaintiff,<br><br>v.<br><br>SLAYBACK PHARMA LLC and<br>SLAYBACK PHARMA INDIA LLP,<br><br>                       Defendants. | **Civil Action No. _____**<br><br><br><br>**(Filed Electronically)** |

**PLAINTIFF HERON THERAPEUTICS, INC.'S**
**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Heron Therapeutics, Inc. makes the following disclosure:

Plaintiff Heron Therapeutics, Inc. has no parent company, and no publicly held corporation owns 10% or more of its stock.

| | |
|---|---|
| Dated: January 24, 2024 | s/ Charles M. Lizza |
| | Charles M. Lizza |
| OF COUNSEL: | William C. Baton |
| | Sarah A. Sullivan |
| Isaac S. Ashkenazi | Alexander L. Callo |
| Mark Russell Sperling | SAUL EWING LLP |
| Justin T. Fleischacker | 1037 Raymond Blvd., Suite 1520 |
| Kedar Venkataramani | Newark, NJ 07102 |
| PAUL HASTINGS LLP | (973) 286-6700 |
| 200 Park Avenue | clizza@saul.com |
| New York, New York 10166 | wbaton@saul.com |
| (212) 318-6000 | sarah.sullivan@saul.com |
| isaacashkenazi@paulhastings.com | |
| marksperling@paulhastings.com | *Attorneys for Plaintiff* |
| | *Heron Therapeutics, Inc.* |
| *Attorneys for Plaintiff* | |
| *Heron Therapeutics, Inc.* | |